**Dennis L. NESS and John E.
Bowders, Petitioners**

v.

**YORK TOWNSHIP BOARD
OF COMMISSIONERS,
Respondent.**

Supreme Court of Pennsylvania.

July 8, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of July, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did the Commonwealth Court commit an error of law when it determined that a Section 108 post-enactment notice, which was facially deficient, served as a shield against Petitioner[s'] claim that the underlying Zoning and SALDO Ordinances were defective and rendered moot all procedural challenges regarding the adoption of the ordinances?

The matter will be submitted on briefs.